381 A.2d 904

Cooper Foundation v. Mickman (et al., Appellant).
Wolgin v. Mickman (et al., Appellant).
Wolgin, Appellant, v. Mickman et al.

Argued September 14, 1977. Victor J. Roberts, with him High, Swartz, Roberts & Seidel, for appellant at Nos. 561 and 562, and appellee at No. 647; Melvin Rubin, for appellant at No. 647, and appellees at Nos. 561 and 562.

Orders and judgments affirmed.